# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE ACORDON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; HCA MANAGEMENT SERVICES, LP LONG-TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>    Defendants. | Case No. 2:16-cv-08325-AB (JEMx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the Stipulation to Dismiss the Entire Case with Prejudice between Plaintiff Grace Acordon and Defendant The Prudential Insurance Company of America, finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action, 2:16-cv-08325-AB (JEMx), is dismissed in its entirety as to all defendants, with prejudice; and

///
///
///

2. Each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: October 24, 2017

HON. ANDRÉ BIROTTE JR.
United States District Judge

2